UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s): Christine McGee | **Defendant**(s): Wright Medical Technology, Inc. ; John and Jane Does I-X ; Black Corporations I-X ; White Corporations I-X |
| County of Residence: Maricopa | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Robert W. Boatman** (Christine McGee )<br>Gallagher & Kennedy, P.A.<br>2575 East Camelback Road<br>Phoenix, Arizona  85016<br>602-530-8000 | **Cory L. Braddock** ( Wright Medical Technology, Inc. )<br>Snell & Wilmer L.L.P><br>400 E. Van Buren St., Suite 1900<br>Phoenix, Arizona  85004<br>602-382-6000 |
| **Shannon L. Clark** (Christine McGee )<br>Gallagher & Kennedy, P.A.<br>2575 East Camelback Road<br>Phoenix, Arizona  85016<br>602-530-8000 | **Jacob C. Jones** ( Wright Medical Technology, Inc. )<br>Snell & Wilmer, L.L.P.<br>400 E. Van Buren St., Suite 1900<br>Phoenix, Arizona  85004<br>602-382-6000 |
| **Matthew R. Boatman** (Christine McGee )<br>Gallagher & Kennedy, P.A.<br>2575 East Camelback Road<br>Phoenix, Arizona  85016<br>602-530-8000 | |

**REMOVAL FROM MARICOPA COUNTY, CASE #CV2019-001616**

II. Basis of Jurisdiction:        4. Diversity (complete item III)

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **1 Citizen of This State**
Defendant:- **2 Citizen of Another State**

IV. Origin :                      **2. Removed From State Court**

V. Nature of Suit:           **367 Health Care/Pharmaceutical Personal Injury Product Liability**

VI. Cause of Action:       **Removal, Diversity Jurisdiction; Complaint Alleges Strict Liability, Negligence, Failure to Warn**

VII. Requested in Complaint
    Class Action: **No**
    Dollar Demand:
    Jury Demand: **Yes**

VIII. This case **is not related** to another case.

---

**Signature:**  s/ Jacob C. Jones

    **Date:**  April 17, 2019

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**