# Exhibit 1

Civil Court Case Information - Case History

Skip To MainContent

[                    ] [ Search ]

Civil Court Case Information - Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2019-001616 | Judge: | Viola, Danielle |
| File Date: | 2/15/2019 | Location: | Downtown |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Christine McGee | Plaintiff | Female | Matthew Boatman |
| Wright Medical Technology Inc | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 2/15/2019 | COM - Complaint | 2/20/2019 | |
| 2/15/2019 | CSH - Coversheet | 2/20/2019 | |
| 2/15/2019 | CCN - Cert Arbitration - Not Subject | 2/20/2019 | |
| 2/15/2019 | NJT - Not Demand For Jury Trials | 2/20/2019 | |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**