**Exhibit 3**

COPY

1   Robert W. Boatman (009619)
    rwb@gknet.com
2   Shannon L. Clark (019708)
    slc@gknet.com
3   Matthew R. Boatman (031277)
    matt.boatman@gknet.com
4   Gallagher & Kennedy, P.A.
    2575 East Camelback Road
5   Phoenix, Arizona 85016-9225
    602-530-8000
6
    *Attorneys for Plaintiff*
7

FEB 1 5 2019

CLERK OF THE SUPERIOR COURT
C. ANICETO
DEPUTY CLERK

8           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

9              IN AND FOR THE COUNTY OF MARICOPA

10

11  CHRISTINE McGEE, a married woman,

12              Plaintiff,                      No. CV2019-001616

13  v.                                         **Certificate of Arbitration**

14
    WRIGHT MEDICAL TECHNOLOGY, INC.,
15  a Delaware corporation; JOHN and JANE
    DOES I-X; BLACK CORPORATIONS I-X;
16  and WHITE CORPORATIONS I-X,

17              Defendants.

18

19

20          The undersigned certifies that he knows the dollar limits and any other limitations

21  set forth by the Local Rules of practice for this Court, and further certifies that this case IS

22  NOT subject to compulsory arbitration as provided by Rules 72 through 77 of the Arizona

23  Rules of Civil Procedure.

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

1    DATED February 15, 2019.

2                                    GALLAGHER & KENNEDY, P.A.

3

4                              By: _____

5                                    Robert W. Boatman

                                     Shannon L. Clark
6                                    Matthew R. Boatman

7                                    2575 East Camelback Road
                                     Phoenix, Arizona  85016
8                                    *Attorneys for Plaintiff*

9

10   7168344v1/28323-0001

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     2